No. 81–5769. DILLARD v. MARTIN, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.

No. 81–5770. HILLIARD v. SIMPSON ET AL. C. A. 10th Cir. Certiorari denied.

No. 81–5824. BETHEA v. HANBERRY, WARDEN, ATLANTA FEDERAL PRISON. C. A. D. C. Cir. Certiorari denied.

No. 81–5854. PHILLIPS v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 81–5860. CRENSHAW v. UNITED STATES ET AL. C. A. 6th Cir. Certiorari denied.

No. 81–5862. VANDETTI v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 81–5866. MORRISON v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 81–5875. WINTER, AKA GOODHEAD v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 81–5878. QUARRY v. GENERAL ACCOUNTING OFFICE. C. A. D. C. Cir. Certiorari denied.

No. 81–5879. WARE v. SCHWEIKER, SECRETARY OF HEALTH AND HUMAN SERVICES. C. A. 5th Cir. Certiorari denied.

No. 81–5889. RYNDAK v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 81–604. CAMPAGNO v. FLORIDA. Dist. Ct. App. Fla., 4th Dist. Certiorari denied. JUSTICE BRENNAN and JUSTICE MARSHALL would grant certiorari.